UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION PERALTA DURAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00106-AB (JDE)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation ("Report") of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

　　　Plaintiff alleges violations of his civil rights while he was in pretrial detention.  (Dkt. No. 70-1 at 6-7, 11.)  The Report recommends the grant of summary judgment as to Plaintiff's Fourteenth Amendment medical care claim against the County only and the denial of summary judgment in all other respects.  (Dkt. 164 at 3.)  Plaintiff's objections to the Report (Dkt. No. 165) do not merit any change to the Report's findings or recommendations.

　　　Plaintiff objects to the Magistrate Judge's denial of his motion for a sixth extension of time to file an opposition to the Motion for Summary Judgment.  (Dkt.

No. 165 at 1-2.) The Magistrate Judge properly denied the motion for a sixth extension. Plaintiff previously was granted five extensions; represented that the fifth extension would be the "last and final extension" (Dkt. No. 150 at 1); had more than three months to research and draft an opposition and have it reviewed by another person; and waited until the day before the due date to request a sixth extension. (Dkt. No. 153.)

Plaintiff objects to the Magistrate Judge's denial of reconsideration of the denial of his motion for a sixth extension of time to file an opposition to the Motion for Summary Judgment. (Dkt. No. 165 at 2-5.) The Magistrate Judge properly denied reconsideration. Plaintiff failed to show a material change in the law, a manifest failure to consider material facts presented previously, or new facts that either arose after the entry of the Order denying the extension or that could not have been presented previously. (Dkt. No. 160 at 2.) Although Plaintiff further objects that he should have been allowed to file a late opposition "due to inadvertence and excusable neglect" (Dkt. No. 165 at 4), he failed to show such relief was warranted. Because Plaintiff failed to show good cause for a sixth extension of time, he also failed to show inadvertence or excusable neglect as a basis to file an untimely opposition. *See Franchise Holding II, LLC v. Huntington Restaurants Group, Inc.*, 375 F.3d 922, 927 (9th Cir. 2004) ("Because 'good cause' is typically enough to demonstrate 'excusable neglect,' no reason exists to analyze these criteria separately.") (citation omitted); *Sprague v. Financial Credit Network, Inc.*, 2018 WL 4616688, at *3 (E.D. Cal. Sept. 25, 2018) (excusable neglect is not satisfied by simple inadvertence or mistake of counsel or ignorance of the rules) (citing cases).

Plaintiff objects to the grant of summary judgment to the County on the basis that he did not file an opposition. (Dkt. No. 165 at 5-8.) The Report, however, did not recommend granting summary judgment to the County on this basis.

Plaintiff objects to the grant of summary judgment to the County on the basis that he had failed to show a genuine issue of material fact that must be resolved at

trial. (Dkt. No. 165 at 9-15.) Summary judgment on this claim was proper because the undisputed facts failed to show a constitutional violation. Plaintiff received a medical screening when he was booked into custody, was regularly seen by medical staff, and was promptly transferred to a hospital for treatment when Plaintiff reported symptoms of ulcerative colitis in August 2018. (Dkt. No. 164 at 12; *see also* Dkt. No. 136-2 at 83, 100-16, 367-72.) The record contains no evidence to support Plaintiff's claim that he submitted multiple requests and complaints related to ulcerative colitis before August 2018. (Dkt. No. 164 at 13.) Plaintiff offered no evidence that he alerted County personnel that he suffered from ulcerative colitis prior to August 2018. (*Id*. at 14.)

It is ordered that (1) the Report and Recommendation is approved and accepted; (2) Defendant's Motion (Dkt. No. 129) is granted in part, so that Plaintiff's Fourth Amendment medical care claim against the County is dismissed with prejudice, and the Motion is denied in all other respects; and (3) to the extent Plaintiff sought to file a motion for summary judgment in opposing the Motion, such motion was untimely by more than three and a half months under the operative scheduling order and is properly denied on that basis.

DATED: July 11, 2025

HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE